No. 73–1446. ROE ET AL. *v.* DOE. Ct. App. N. Y. [Certiorari granted, 417 U. S. 907.] Motion to seal record and appendix granted.

No. 73–1595. COLONIAL PIPELINE Co. *v.* TRAIGLE, COLLECTOR OF REVENUE OF LOUISIANA. Appeal from Sup. Ct. La. [Probable jurisdiction noted, 417 U. S. 966.] Motion of Chapman L. Sanford to permit Whit M. Cook II, Esquire, to argue *pro hac vice* on behalf of appellee granted.

No. 73–1750. PITT COUNTY TRANSPORTATION Co. *v.* CAROLINA FREIGHT CARRIERS CORP., FOR USE AND BENE-FIT OF LIBERTY MUTUAL INSURANCE Co., ET AL. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–2006. COLORADO MAGNETICS, INC., DBA SOUND VALUES, INC., ET AL. *v.* EDWARD B. MARKS MUSIC CORP. C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–6935. YOUAKIM ET AL. *v.* MILLER, DIRECTOR, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. Appeal from D. C. N. D. Ill. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–54. TRANSAMERICAN FREIGHT LINES, INC. *v.* BRADA MILLER FREIGHT SYSTEMS, INC., ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–5677. SCHICK *v.* REED, CHAIRMAN, UNITED STATES BOARD OF PAROLE, ET AL. C. A. D. C. Cir. [Certiorari granted, 416 U. S. 955.] Motion of Robert N. Sayler to permit Homer E. Moyer Jr., Esquire, to argue *pro hac vice* on behalf of petitioner granted.